UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES BAKER, et al.,

    Plaintiffs,

v.                                   Case No. 14-10784

OFFICER RANDALL SCHWARB, et al.,

    Defendants.
                                                /

**ORDER DIRECTING DEFENDANTS TO FILE
MOTION FOR SUMMARY JUDGMENT**

On May 22, 2014, the court conducted a scheduling conference in which counsel discussed Plaintiffs' 42 U.S.C. § 1983 claim for violation of the First, Second, and Fourth Amendments. Defense counsel informed the court of its intention to file a motion for summary judgment asserting that all Defendants are entitled to qualified immunity on Plaintiffs' claims. The parties collectively possess at least two videotaped recordings of the events giving rise to this suit and thus it appears that the facts are not in dispute. As such, the court proposed, and the parties agreed that the court should resolve the anticipated motion for summary judgment before it issues a scheduling order. Accordingly,

IT IS ORDERED that Defendants are DIRECTED to file a motion for summary judgment by **June 27, 2015.**

IT IS FURTHER ORDERED that Plaintiffs are DIRECTED to file a response by **July 11, 2014.**

Finally, IT IS ORDERED that Defendants may file an optional reply by **July 18, 2014**.

        s/Robert H. Cleland  
        ROBERT H. CLELAND  
        UNITED STATES DISTRICT JUDGE

Dated: May 27, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 27, 2014, by electronic and/or ordinary mail.

        s/Lisa Wagner  
        Case Manager and Deputy Clerk  
        (313) 234-5522