# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JAMES BAKER, et al.,

    Plaintiffs,

v.                                                              Case No. 14-10784

OFFICER RANDALL SCHWARB, et al.,

    Defendants.
    _____/

## JUDGMENT

In accordance with the court's "Opinion and Order Granting Defendants' Motion for Summary Judgment" dated August 19, 2014,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiffs James Baker and Shyama Nixon. Dated at Detroit, Michigan, this 19th day of August 2014.

                DAVID J. WEAVER
                CLERK OF THE COURT

                 s/ Lisa Wagner
            By:  Lisa Wagner, Case Manager
              to Judge Robert H. Cleland